IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**LESLIE D. BURLESON,**            Civil File No. 2:13-cv-02330-KHV-KMH

      **Plaintiff,**

vs.                                 STIPULATION OF DISMISSAL
                                    WITH PREJUDICE
**LVNV FUNDING, LLC,**

      **Defendant.**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Leslie D. Burleson, and the defendant, LVNV Funding, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                        Respectfully submitted,

Dated:  October 17, 2013            By: /s/J. Mark Meinhardt
                                    J. Mark Meinhardt #20245
                                    9400 Reeds Road, Suite 210
                                    Overland Park, Kansas 66207
                                    Telephone:    (913) 827-1950
                                    Email:        meinhardtlaw@gmail.com
                                    ATTORNEY FOR PLAINTIFF


Dated:  October 17, 2013            By: /s/Joshua C. Dickinson
                                    Joshua C. Dickinson, #20632
                                    Bryant T. Lamer, #22722
                                    Spencer Fane Britt & Browne LLP
                                    1000 Walnut, Suite 1400
                                    Kansas City, MO 64106
                                    Telephone:    (816) 474-8100
                                    Fax:          (816) 474-3216
                                    Email:        jdickinson@spencerfane.com
                                    Email:        blamer@spencerfane.com
                                    ATTORNEY FOR DEFENDANT